UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDGARDO SANTANA, JR.,

    Plaintiff,

v.                              Case No. 8:13-cv-1737-T-33AEP

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause comes before the Court upon the Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 21) pursuant to sentence four of 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3). According to the Commissioner, the case should be remanded for the following reasons:

> The Commissioner believes remand would be appropriate to further evaluate Plaintiff's claim. On remand, the ALJ should obtain any additional necessary evidence, reassess the residual functional capacity finding, and obtain supplemental evidence from a vocational expert identifying other jobs the claimant is able to perform in the national economy.

Plaintiff does not object to the relief requested. Accordingly, for the reasons stated in the Commissioner's motion, it is hereby

RECOMMENDED:

1. The Unopposed Motion for Entry of Judgment with Remand (Doc. 21) be GRANTED.

2. The Clerk be directed to enter judgment for Plaintiff with instructions that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g) and the case

is REMANDED for further administrative proceedings consistent with the reasons stated in the Commissioner's motion.

IT IS SO REPORTED in Tampa, Florida, this 9th day of April, 2014.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

### NOTICE TO PARTIES

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within three (3) days from the date it is served on the parties shall bar an aggrieved party from a *de novo* determination by the district court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the district court except upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); Local Rule 6.02; *Nettles v. Wainwright,* 677 F.2d 404 (5th Cir. 1982) *(en banc).*

Copies furnished to:
Hon. Virginia M. Covington
Counsel of Record